SEBASTIANI ET AL., APPELLEES, *v.*
CITY OF YOUNGSTOWN ET AL., APPELLANTS.

(No. 79-398—Decided December 26, 1979.)

*Mr. A. Robert Steiskal* and *Mr. Frank P. Anzellotti, Jr.,* for appellees.

*Mr. Harold Stein,* director of law, and *Mr. Carl G. James,* for appellants.

*Per Curiam.* R. C. 2721.12 provides:

"When declaratory relief is sought, all persons shall be made parties who have or claim any interest which would be affected by the declaration. ***In any proceeding which involves the validity of a municipal ordinance or franchise, the municipal corporation shall be made a party***, and *if any***ordinance***is alleged to be unconstitutional, the attorney general shall also be served* with a copy of the proceeding and shall be heard." (Emphasis added.)

In *Malloy* v. *Westlake* (1977), 52 Ohio St. 2d 103, this court held, in the syllabus, that "[f]ailure to serve the Attorney General under R. C. 2721.12 with a copy of the proceeding in a declaratory judgment action which challenges the constitutionality of an ordinance precludes a Court of Common Pleas from rendering declaratory relief in that action."

In this cause, the Attorney General was not made a party to the action in the Court of Common Pleas, in compliance with the provisions of R. C. 2721.12.

Accordingly, on authority of *Malloy* v. *Westlake, supra,* the judgment of the Court of Appeals is reversed and the cause is dismissed.

*Judgment reversed and cause dismissed.*

CELEBREZZE, C. J., W. BROWN, DOWD, SWEENEY, LOCHER and HOLMES, JJ., concur.

168

HERBERT, J., dissents for the reasons stated in the dissenting opinion in *Malloy* v. *Westlake* (1977), 52 Ohio St. 2d 103, 108, 370 N.E. 2d 457, 460.

DOWD, J., of the Fifth Appellate District, sitting for P. BROWN, J.